UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | CRIM NO.   19-CR-21 (KBJ) |
| | : | |
| **JEREMY SEARS,** | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Jeremy Sears, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty, Distribution of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(2).

### Statement of Facts

Leading up to Thursday, December 14, 2017, an FBI task force officer, was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force. The UC had posted numerous online bulletin messages on specific social media forums, which, based on the UC's experience and information gathered from other sources, are websites that are frequented by individuals who have a sexual interest in children and incest. The bulletin messages were intended to attract individuals with a sexual interest in children. The UC would respond to certain messages or post messages on these public forums and provided his Kik account screen name. "Kik" refers to Kik messenger, a free mobile application that permits users to send text messages and other content, including videos and images.

1

On Thursday, December 14, 2017, at approximately 2:17pm EST an individual using the Kik screen name, "treeman2832," subsequently identified as the defendant, Jeremy Sears sent the UC a private message via Kik instant messenger stating, "Hey." During the course of the chat, the defendant stated that he was a married father with a 10-year-old daughter residing in the Boston area.

The UC informed the defendant that he was the father of an 8-year-old daughter. The defendant requested images of the UC's purported daughter and asked him if he wanted to trade pictures. The defendant stated that he has taken nude photos of his daughter in the past, but deletes them from his phone. The defendant stated that he has not sexually abused his daughter.

During the course of the chat, the defendant sent the UC five images of his purported daughter. All of the images appear to be the same girl, and she is clothed in all of the images. The defendant requested the UC to take pictures of his purported daughter's vagina. The defendant informed the UC that he would take nude images of his daughter later in the evening and send them to the UC. The UC asked the defendant what size panties his daughter wore, to which the defendant quickly responded back, "9." The defendant then sent the UC an image depicting two pairs of children's underwear lying on a bed.

As the chat continued, the defendant asked, "U like young girl vids?" Shortly after asking, the defendant sent the UC a video depicting child pornography. Specifically, the video depicted an adult male inserting his penis in the child's anus, while inserting his finger inside the child's vagina. The defendant then sent the UC a Dropbox link containing 102 videos. The vast majority of the videos depict female children under the age of approximately ten being sexually assaulted by adult men and women. The sexual acts depicted in the videos include vaginal and

anal penetration of the minors depicted. The defendant ended the chat session stating, "My wife got home I will txt u in a little and send nudes of my daughter."

On Friday December 15, 2017, the defendant again contacted the UC and began another chat session. During the course of the chat, the defendant sent the UC two additional links containing numerous videos depicting what appeared to be teenage and prepubescent minors engaged in sexual acts. The defendant stated that he has additional child pornography that he trades with other people. He further indicated that he had not taken pictures of his daughter the prior evening because his wife was present, but stated that he intended on taking pictures of her that evening.

On Monday December 17, 2017, the UC continued to chat with the defendant via Kik. During the course of the chat, the defendant provided the UC with his cellular phone number, which he indicated was 702- 522-0611. The UC then had a brief conversation with the defendant via text messaging at the telephone number provided before resuming a chat conversation via Kik. During the course of the chat, the defendant asked the UC if he had taken any pictures of his daughter. The UC sent the defendant an image of his purported daughter, depicting the purported child wearing a pink shirt and underwear. The image did not depict a real child. The defendant responded, "Sexy any nude ones?" The UC asked the defendant about his sexual activity with his daughter, "what's the most you have done?" The defendant responded, "Just look touch her boob and butt."

On December 19, 2017, the defendant sent the UC two Dropbox links, titled, "X" and "dirty vids." Dropbox link "X" was a duplicate of the link that the defendant sent on December 14, 2017. The file titled, "dirty vids" contained 116 videos depicting mostly what appeared to be adult and older teens engaging in sexual activity. The UC sent the defendant an image of his

3

purported daughter depicting the UC holding a note near the child with the date, "12/19/17" written on a piece of paper. The defendant sent the UC two additional Dropbox links titled, "Kleine Kinder" and "V1." Both of those Dropbox links contain numerous videos depicting mostly what appeared to be older teens engaged in sexual acts.

That same day, the defendant also sent the UC five videos depicting prepubescent children being sexually abused by adult men and woman. The following are descriptions of the videos the defendant sent:

   a.   A video depicting a prepubescent female masturbating an adult male penis in a bathtub;

   b.   A video depicting an adult female licking a prepubescent female child's vagina while inserting a sex toy in the child's anus;

   c.   A video depicting an adult male licking a prepubescent child's vagina and anus and rubbing his penis on her bare vagina and anus;

   d.   A video depicting an adult female licking a prepubescent child's vagina and inserting her finger in the child's vagina; and

   e.   A video of a prepubescent female sucking an adult male penis.

The defendant also sent the UC fifteen images the same day depicting child pornography. The majority of the images depict prepubescent children engaged in sexual acts. The following are examples of the images the defendant sent:

   a.   An image of a prepubescent female child sucking an adult male penis;

   b.   An image of a prepubescent female child naked from the waist down, spreading her legs apart to expose her vagina; and

4

c.   An image depicting a prepubescent female child being anally penetrated by an adult male penis.

On December 21, 2017, the defendant sent four images of his daughter. The images depicted a young girl in a bedroom wearing underwear and a shirt. The child does not appear to be aware that her picture is being taken. The defendant also sent an additional eleven images depicting a child who appeared to be between the ages of ten and twelve. The child was clothed, and in a laundry room. The majority of the pictures focused on the child's buttocks as she was bending over. The top of the child's buttock crack was visible in some of these images. The defendant stated, "I love to fuck my buddies daughter," referring to the girl in the pictures.

On December 22, 2017, the defendant sent the UC three additional Dropbox links. Two of the links, titled "X" and "Kleine Kinder" were duplicates of links that the defendant had previously sent the UC, as set forth above. The third link was entitled "V9," and contained 31 videos depicting mostly young teen and older teen girls either engaged in sexual activity or suggestively posing.

On December 26, 2017, the defendant sent the UC via Kik messenger two additional videos depicting child pornography. The first video is two minutes in length and depicts a prepubescent female being sexually abused by an adult male. The child sucks on the penis of the male, who is wearing a clown face mask to disguise his face and is digitally penetrating the child's vagina with his fingers.

In December of 2017, the FBI served an emergency disclosure request on Kik requesting subscriber information and IP access logs associated with the account. Kik responded by providing information that the associated display name was "Jeremy Sears," and that the account was associated with an unconfirmed email address of treeman2832@yahoo.com. Kik also

provided IP logs between November 15, 2017, and December 14, 2017, which indicated that the account holder primarily connected to his account via an AT&T Wireless telephone.

The FBI then served an administrative subpoena on Yahoo for subscriber information associated with the email address "treeman2832@yahoo.com." Yahoo responded by providing a subscriber name of "Jeremy Sears" and a telephone number associated with the account of 508-762-6924.

The FBI served an administrative subpoena on Nextplus, the owner of the phone number provided by the defendant to the UC during the course of the chats, for subscriber information associated with telephone number 702-522-0611. Nextplus responded that the subscriber was "Jake Smith" linked to email address jeremysears2828@icloud.com.

Upon receipt of all of this information, WFO used available open source and law enforcement sensitive databases to fully identify the user of Kik account "treeman2832" as Jeremy J Sears, with a date of birth of 06/28/19XX; a social security number of 019-66-XXXX; and an address of 92B Littlerest Road, Brimfield MA 01010.

On June 22, 2018, United States Magistrate Judge for the District of Columbia, Judge Robin Meriweather signed a warrant for the arrest of the defendant for one count of Distribution of Child Pornography pursuant to 18 U.S.C. § 2252(a)(2). Pursuant to this warrant, the defendant was arrested on June 28, 2018, while driving a car near his residence in Brimfield, MA. Sitting on the console of the vehicle the defendant was driving was a Samsung Galaxy 8 cellular phone with IMEI number 357723081243962. The FBI seized the phone following the defendant's arrest.

Following his arrest, the defendant was advised of his rights and waived them, agreeing to speak with the agents. During the interview, the defendant admitted to sending and receiving

child pornography images and videos and using Kik for approximately seven months prior to his arrest. The defendant also admitted to using his Samsung phone to view and send these images as well as the above-described images of his own daughter. The defendant denied offering to show anyone naked photographs of his children.

The Samsung phone was forensically examined, and located on the device was the same image depicting two pairs of children's underwear lying on a bed that the defendant had sent to the UC. Further, the device contained several dozen thumbnail images of underage children engaged in sexually explicit conduct, including images of prepubescent children being penetrated by adult males.

                                    Respectfully submitted,

                                    JESSIE K. LIU
                                  UNITED STATES ATTORNEY

                                  /s/
                                  Jodi Lazarus
                                  Assistant United States Attorneys

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 2/21/19

_____
Jeremy Sears
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2-21-19

_____
Mark Carroll
Attorney for Defendant